CLEAR FORM

Name & Address:
Derek Milosavljevic (SBN 255134)
derek.milosavljevic@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Los Angeles 90071
Ph. 213/680-8400
Fax 213/680-8500

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHFORWARD, INC., Plaintiff(s) v. BEST BUY CO., INC., Defendant(s). | CASE NUMBER: CV-11-01313 JC |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of Robert S. Cohen (*Applicant's Name*), of KIRKLAND & ELLIS LLP, 601 Lexington Ave., NY, NY 10022 (*Firm Name / Address*)

212/446-4800 (*Telephone Number*) robert.cohen@kirkland.com (*E-mail Address*)

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant ☐ Intervener or other interested person TECHFORWARD, INC.

and the designation of Derek Milosavljevic (*Local Counsel Designee /State Bar Number*)

of KIRKLAND & ELLIS LLP, 333 South Hope Street, Los Angeles 90071 (*Local Counsel Firm / Address*)

213/680-8400 (*Telephone Number*) derek.milosavljevic@kirkland.com (*E-mail Address*)

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated ______________________

______________________________
U. S. District Judge/U.S. Magistrate Judge