UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHFORWARD, INC., | Case No. CV11-01313 ODW (JEMx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| BEST BUY CO., INC., BEST BUY ENTERPRISE SERVICES, INC., and BEST BUY PURCHASING LLC, | |
| Defendants. | |

1    Upon consideration of the Parties' Stipulated Protective Order dated October
2    3, 2011 ("Protective Order"), and finding good cause thereon, **IT IS HEREBY**
3    **ORDERED** that the terms of the Protective Order shall govern the handling and
4    disclosure of documents, things, and information produced in this action.

8    DATED:  October 6, 2011          */s/John E. McDermott*_____
                                       The Honorable John E. McDermott
9                                      United States Magistrate Judge