FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TechForward, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Best Buy Co., Inc.,<br><br>    Defendant. | Case No. CV 11-01313-ODW (JEMx)<br><br>**REDACTED**<br>JURY VERDICT |

# MISAPPROPRIATION OF TRADE SECRETS

We answer the questions submitted to us as follows:

## QUESTION NO. 1:

Was TechForward, Inc. the owner of any of the following?

| | |
|---|---|
| a) Information, including data, analysis and projections, regarding the rate at which customers exercise their rights under buyback plans; | ✓ Yes <br> ___ No |
| b) Information, including data, analysis and projections, regarding the exercise timing for buyback plans; | ✓ Yes <br> ___ No |
| c) Analysis of, and projections based upon, historical depreciation rates and resale value for consumer electronics as reflected in TechForward's blended residual value curve; and | ✓ Yes <br> ___ No |
| d) TechForward's spreadsheet showing a precise model for how to manage cash reserves for a two-year buyback program, and including TechForward's confidential, proprietary information regarding projected exercise rates, exercise timing, and residual value of returned products. | ✓ Yes <br> ___ No |

If your answer to Question 1(a) or 1(b) or 1(c) or 1(d) is "Yes," then answer Question 2.

If you answered "No" to Question 1(a) and 1(b) and 1(c) and 1(d), answer no further questions, and have the presiding juror sign and date this form.

## QUESTION NO. 2:

Was any of the following a "trade secret," as that term is defined in the instructions?

| | | |
|---|---|---|
| a) | Information, including data, analysis and projections, regarding the rate at which customers exercise their rights under buyback plans; | ✓ Yes <br> ___ No |
| b) | Information, including data, analysis and projections, regarding the exercise timing for buyback plans; | ✓ Yes <br> ___ No |
| c) | Analysis of, and projections based upon, historical depreciation rates and resale value for consumer electronics as reflected in TechForward's blended residual value curve; and | ✓ Yes <br> ___ No |
| d) | TechForward's spreadsheet showing a precise model for how to manage cash reserves for a two-year buyback program, and including TechForward's confidential, proprietary information regarding projected exercise rates, exercise timing, and residual value of returned products. | ✓ Yes <br> ___ No |

If your answer to Question 2(a) or 2(b) or 2(c) or 2(d) is "Yes," then answer Question 3.

If you answered "No" or "Not Applicable" to Question 2(a) and 2(b) and 2(c) and 2(d), answer no further questions, and have the presiding juror sign and date this form.

## QUESTION NO. 3:

Did any of the Best Buy Entities improperly use the following trade secret(s)?

| | | |
|---|---|---|
| a) | Information, including data, analysis and projections, regarding the rate at which customers exercise their rights under buyback plans; | ✓ Yes <br> ____ No |
| b) | Information, including data, analysis and projections, regarding the exercise timing for buyback plans; | ✓ Yes <br> ____ No |
| c) | Analysis of, and projections based upon, historical depreciation rates and resale value for consumer electronics as reflected in TechForward's blended residual value curve; and | ✓ Yes <br> ____ No |
| d) | TechForward's spreadsheet showing a precise model for how to manage cash reserves for a two-year buyback program, and including TechForward's confidential, proprietary information regarding projected exercise rates, exercise timing, and residual value of returned products. | ✓ Yes <br> ____ No |

If your answer to Question 3(a) or 3(b) or 3(c) or 3(d) is "Yes," then answer Question 4.

If you answered "No" or "Not Applicable" to Question 3(a) and 3(b) and 3(c) and 3(d), answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 4:**

Was TechForward harmed <u>or</u> were any of the Best Buy Entities unjustly enriched as a result of the Best Buy Entities improperly using the following trade secret(s)?

| | <u>Harm to TechForward</u> | <u>Unjust Enrichment to Best Buy Entities</u> |
|---|---|---|
| a) Information, including data, analysis and projections, regarding the rate at which customers exercise their rights under buyback plans; | ___ Yes<br>✓ No | ✓ Yes<br>___ No |
| b) Information, including data, analysis and projections, regarding the exercise timing for buyback plans; | ___ Yes<br>✓ No | ✓ Yes<br>___ No |
| c) Analysis of, and projections based upon, historical depreciation rates and resale value for consumer electronics as reflected in TechForward's blended residual value curve; and | ___ Yes<br>✓ No | ~~Yes~~ Yes ✓<br>___ No |
| d) TechForward's spreadsheet showing a precise model for how to manage cash reserves for a two-year buyback program, and including TechForward's confidential, proprietary information regarding projected exercise rates, exercise timing, and residual value of returned products. | ___ Yes<br>✓ No | ✓ Yes<br>___ No |

If your answer to Question 4(a) or 4(b) or 4(c) or 4(d) is "Yes," then answer Question 5.

If you answered "No" or "Not Applicable" to Question 4(a) and 4(b) and 4(c) and 4(d), answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 5:

Was the improper use of the following trade secret(s) a substantial factor in causing TechForward, Inc. to suffer harm <u>or</u> any of the Best Buy Entities to be unjustly enriched?

| | Harm to TechForward | Unjust Enrichment to Best Buy Entities |
|---|---|---|
| a) Information, including data, analysis and projections, regarding the rate at which customers exercise their rights under buyback plans; | ___ Yes <br> ✓ No | ✓ Yes <br> ___ No |
| b) Information, including data, analysis and projections, regarding the exercise timing for buyback plans; | ___ Yes <br> ✓ No | ✓ Yes <br> ___ No |
| c) Analysis of, and projections based upon, historical depreciation rates and resale value for consumer electronics as reflected in TechForward's blended residual value curve; and | ___ Yes <br> ✓ No | ✓ Yes <br> ___ No |
| d) TechForward's spreadsheet showing a precise model for how to manage cash reserves for a two-year buyback program, and including TechForward's confidential, proprietary information regarding projected exercise rates, exercise timing, and residual value of returned products. | ___ Yes <br> ✓ No | ✓ Yes <br> ___ No |

If your answer to Question 5(a) or 5(b) or 5(c) or 5(d) is "Yes," then answer Question 6.

If you answered "No" or "Not Applicable" to Question 5(a) and 5(b) and 5(c) and 5(d), answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 6:

What amount of actual damages, if any, was caused by the improper use of TechForward, Inc.'s trade secret(s) by the Best Buy Entities?

$ ___0___

Next, Answer Question No. 7.

**QUESTION NO. 7:**

What amount of unjust enrichment, if any, was caused by the improper use of TechForward, Inc.'s trade secret(s) by the Best Buy Entities?

$ 22,000,000.00

Next, Answer Question No. 8.

**QUESTION NO. 8:**

Was the Best Buy Entities' improper use of TechForward's trade secret(s) willful and malicious?

✓ Yes    ___ No

There are no further questions in this section. Have the presiding juror sign and date this form, and proceed to the breach-of-contract sections of the jury verdict form.

Dated: 11/16/12

**REDACTED BY COURT AS TO FOREPERSON SIGNATURE**

After all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

# BREACH OF CONTRACT – FEBRUARY 2008 CONFIDENTIALITY AGREEMENT
## CACI VF-300
(Best Buy Enterprise Services, Inc.)

We answer the questions submitted to us as follows:

### QUESTION NO. 1.

Did TechForward, Inc. and Best Buy Enterprise Services, Inc. enter into the February 2008 Confidentiality Agreement?

__✓__ Yes          ____ No

If your answer to question 1 is "Yes," then answer Question 2.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 2.

Did TechForward, Inc. do all, or substantially all, of the significant things that the February 2008 Confidentiality Agreement required it to do?

__✓__ Yes          ____ No

or

Was TechForward, Inc. excused from having to do all, or substantially all, of the significant things that the February 2008 Confidentiality Agreement required it to do?

____ Yes          __✓__ No

If you answered "Yes" to either part of Question 2, then answer Question 3.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 3.

Did all the conditions that were required for Best Buy Enterprise Services, Inc.'s performance occur or were they excused?

__✓__ Yes          ____ No

If your answer to Question 3 is "Yes," then answer Question 4.

If you answered "No," stop here, answer no further questions, and have the presiding

juror sign and date this form.

### QUESTION NO. 4.

Did Best Buy Enterprise Services, Inc. fail to do something that the February 2008 Confidentiality Agreement required it to do?

~~____ Yes~~   ~~____ No~~

or

Did Best Buy Enterprise Services, Inc. do something that the February 2008 Confidentiality Agreement prohibited it from doing?

√ Yes   ____ No

⟵

If you answered "Yes" to either part of Question 4, then answer Question 5.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 5.

Was TechForward, Inc. harmed by Best Buy Enterprise Services, Inc.'s failure to do something the February 2008 Confidentiality Agreement required or by Best Buy Enterprise Services, Inc. doing something the February 2008 Confidentiality Agreement prohibited?

√ Yes   ____ No

Please have the presiding juror sign and date this form.

Dated: 11/16/12

**REDACTED BY COURT AS TO FOREPERSON SIGNATURE**

After all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

# BREACH OF CONTRACT – FEBRUARY 2008 CONFIDENTIALITY AGREEMENT

## CACI VF-300

(Best Buy Co., Inc.)

We answer the Questions submitted to us as follows:

### QUESTION NO. 1.

Did TechForward, Inc. and Best Buy Enterprise Services Inc. enter into the February 2008 Confidentiality Agreement?

✓ Yes        ____ No

If your answer to Question 1 is "Yes," then answer Question 2.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 2.

Was Best Buy Co., Inc., as an affiliate of Best Buy Enterprise Services, Inc., required to perform under the February 2008 Confidentiality Agreement?

✓ Yes        ____ No

If your answer to Question 2 is "Yes," then answer Question 3.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 3.**

Did TechForward, Inc. do all, or substantially all, of the significant things that the February 2008 Confidentiality Agreement required it to do?

√ Yes   ___ No

or

Was TechForward, Inc. excused from having to do all, or substantially all, of the significant things that the February 2008 Confidentiality Agreement required it to do?

___ Yes   √ No

If your answer to either part of Question 3 is "Yes," then answer Question 4.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 4.**

Did all the conditions that were required for Best Buy Co., Inc.'s performance occur or were they excused?

√ Yes   ___ No

If your answer to Question 4 is "Yes," then answer Question 5.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 5.**

Did Best Buy Co., Inc. fail to do something that the February 2008 Confidentiality Agreement required it to do?

___ Yes   ~~No~~

or

Did Best Buy Co., Inc. do something that the February 2008 Confidentiality Agreement prohibited it from doing?

√ Yes   ___ No

If your answer to either part of Question 5 is "Yes," then answer Question 6.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

## QUESTION NO. 6.

Was TechForward, Inc. harmed by Best Buy Co., Inc.'s failure to do something the February 2008 Confidentiality Agreement required or by Best Buy Co., Inc. doing something the February 2008 Confidentiality Agreement prohibited?

✓ Yes          ____ No

Dated: 11/16/12

**REDACTED BY COURT AS TO FOREPERSON SIGNATURE**

After all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

# BREACH OF CONTRACT -- APRIL 9, 2010 AGREEMENT
## CACI VF-300
### (Best Buy Purchasing LLC)

We answer the questions submitted to us as follows:

### QUESTION NO. 1.

Did TechForward, Inc. and Best Buy Purchasing LLC enter into the April 9, 2010 Agreement?

__✓__ Yes       ____ No

If your answer to Question 1 is "Yes," then answer Question 2.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 2.

Did TechForward, Inc. do all, or substantially all, of the significant things that the April 9, 2010 Agreement required it to do?

__✓__ Yes       ____ No

or

Was TechForward, Inc. excused from having to do all, or substantially all, of the significant things that the April 9, 2010 Agreement required it to do?

____ Yes       __✓__ No

If your answer to either part of Question 2 is "Yes," then answer Question 3.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 3.

Did all the conditions that were required for Best Buy Purchasing LLC's performance occur or were they excused?

__✓__ Yes       ____ No

If your answer to Question 3 is "Yes," then answer Question 4.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

## QUESTION NO. 4.

Did Best Buy Purchasing LLC fail to do something that the April 9, 2010 Agreement required it to do?

\_\_\_\_ Yes          **X** No

or

Did Best Buy Purchasing LLC do something that the April 9, 2010 Agreement prohibited it from doing?

✓ Yes          \_\_\_\_ No

If your answer to either part of Question 4 is "Yes," then answer Question 5.

If you answered "No" to both parts of the Question, stop here, answer no further questions, and have the presiding juror sign and date this form.

## QUESTION NO. 5.

Was TechForward, Inc. harmed by Best Buy Purchasing LLC's failure to do something the April 9, 2010 Agreement required or by Best Buy Purchasing LLC doing something the April 9, 2010 Agreement prohibited?

✓ Yes          \_\_\_\_ No

Please have the presiding juror sign and date this form.

Dated: 11/16/12

**REDACTED BY COURT AS TO FOREPERSON SIGNATURE**

After all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

# BREACH OF CONTRACT

## CACI VF-300 – DAMAGES

(All Best Buy Entities)

If you found that TechForward, Inc. was harmed either by (i) a failure to do something a contract required a Best Buy Entity to do, or by (ii) a Best Buy Entity doing something a contract prohibited, then answer Question 1.

If you did not find that TechForward, Inc. was harmed either by (i) a failure to do something a contract required a Best Buy Entity to do, or by (ii) a Best Buy Entity doing something a contract prohibited, then answer no further questions, and have the presiding juror sign and date this form.

### QUESTION NO. 1.

What amount of damages, if any, was caused to TechForward, Inc. by a breach of contract by the Best Buy Entities?

$ 0

### QUESTION NO. 2.

What amount of the damages stated in response to Question 1, if any, was included in your award of damages, if any, for the misappropriation of trade secrets?

$ 0

Dated: 11/16/12

**REDACTED BY COURT AS TO FOREPERSON SIGNATURE**

After all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.