1  Derek Milosavljevic  (State Bar No. 255134)
   derek.milosavljevic@kirkland.com
2  KIRKLAND & ELLIS LLP
   333 South Hope Street
3  Los Angeles, California  90071
   Telephone:   (213) 680-8400
4  Facsimile:   (213) 680-8500

5  Joseph Serino, Jr. *(admitted pro hac vice)*
   joseph.serino@kirkland.com
6  Eric Leon *(admitted pro hac vice)*
   eric.leon@kirkland.com
7  Claudia Ray *(admitted pro hac vice)*
   claudia.ray@kirkland.com
8  Mark Rasmussen *(admitted pro hac vice)*
   mark.rasmussen@kirkland.com
9
   KIRKLAND & ELLIS LLP
10 601 Lexington Avenue
   New York, New York 10022
11 Telephone:   (212) 446-4800
   Facsimile:   (212) 446-4900
12
   *Attorneys for Plaintiff*
13 *TechForward, Inc.*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17 TECHFORWARD, INC.,                  ) CASE NO. CV11-01313 ODW (JEMx)
                                       )
18            Plaintiff,               )
                                       ) **ORDER [227]**
19                                     )
                                       )
20       vs.                           )
                                       ) Hearing Date:   January 14, 2012
21 BEST BUY CO., INC.,                 ) Time:           10:00 a.m.
   BEST BUY ENTERPRISE                 ) Location:       Courtroom 11
22 SERVICES, INC., and                 ) Judge:          Hon. Otis D. Wright
   BEST BUY PURCHASING LLC,            )
23                                     )
            Defendants.                )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27                                     )
                                       )
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court having considered Plaintiff's Motion for Attorneys' Fees and Non-Taxable Expenses under Section 3246.4 of the California Uniform Trade Secrets Act, and having considered the papers submitted and argument presented by counsel,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED:  1-16-13

_____
Honorable Otis D. Wright, II
United States District Court Judge