Previously **JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHFORWARD, INC. <br>     Plaintiff, <br> v. <br> BEST BUY CO., INC. et al. <br>     Defendants. | Case No. 2:11-cv-1313-ODW(JEMx) <br><br> **ORDER** |

Pursuant to the jury's November 16, 2012 special verdict (ECF No. 192), the Court's December 4, 2012 award of exemplary damages (ECF No. 220), and the Court's January 16, 2013 award of attorney's fees and non-taxable expenses (ECF No. 239). **IT IS HEREBY ORDERED**:

    1.    Judgment for Plaintiff TechForward in the amount of $22,000,000;

    2.    TechForward is awarded $5,000,000 in exemplary damages;

    3.    TechForward is awarded $5,057,325.50 in attorney's fees, $183,264.79 in non-taxable expenses, $237,159.43 in expert fees, and $661,421.80 in electronic discovery fees.

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 25, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**